```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 07026
   JAVON A MCCAIN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0489

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/15/2006 and was confirmed 09/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 07/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
CAPITAL ONE               UNSEC W/INTER    843.04          83.86        843.04
SMC                       UNSEC W/INTER    138.14          14.35        138.14
CHARTER ONE               UNSEC W/INTER NOT FILED            .00           .00
FIRST PREIMER BANK        UNSEC W/INTER NOT FILED            .00           .00
GMAC                      UNSEC W/INTER  10241.93        1017.86      10241.93
HFC NEVADA                UNSEC W/INTER NOT FILED            .00           .00
HOUSEHOLD RECOVERY SERVI  UNSEC W/INTER NOT FILED            .00           .00
MRSI                      UNSEC W/INTER NOT FILED            .00           .00
UNIVERSITY OF CHICAGO HO  UNSEC W/INTER NOT FILED            .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY     2,311.00                     2,311.00
TOM VAUGHN                TRUSTEE                                      1,005.46
DEBTOR REFUND             REFUND                                         456.72

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE           16,112.36

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                              11,223.11
    INTEREST                            1,116.07
ADMINISTRATIVE                          2,311.00
TRUSTEE COMPENSATION                    1,005.46
DEBTOR REFUND                             456.72
                  --------------      --------------
TOTALS            16,112.36            16,112.36
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 07026 JAVON A MCCAIN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/29/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 07026 JAVON A MCCAIN